

# NUMBER 13-10-00476-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MIGUEL ZARAGOZA,                                          Appellant,

v.

ELI DAVILA, ET AL.,                                          Appellees.

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Yañez, Garza, and Benavides
### Memorandum Opinion Per Curiam

Appellant, Miguel Zaragoza, appealed a judgment entered by the 275th District Court of Hidalgo County, Texas. On August 26, 2010, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(e) and 25.1(d)(2). *See* TEX. R. APP. P. 9.5(e), 25.1(d)(2). The Clerk directed appellant to file an amended notice of appeal with the district clerk's office within

30 days from the date of that notice. On August 26, 2010, the Court received an amended notice of appeal. October 7, 2010, the Clerk again notified appellant that the defects had not been corrected and warned appellant that the appeal would be dismissed if the defects were not cured within ten days. To date, the defects have not been corrected. *See* TEX. R. APP. P. 42.3(b),(c).

The Court, having considered the documents on file and appellant's failure to correct these defects, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
18th day of November, 2010.